Marilyn Neiman (MN-6194)
LEVISOHN, BERGER & LANGSAM, LLP
805 Third Avenue, 19th Floor
New York, New York 10022
(212) 486-7272

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **ANDEL JEWELRY CORP.,** | |
| Plaintiff, | Civil Action No.: |
| v. | |
| **ALISON GEM CORP., "JOHN DOE, INC. 1" and "JOHN DOE, INC. 2",** | |
| Defendants. | |

## CERTIFICATION PURSUANT TO LOCAL RULE 1.9

Pursuant to Rule 1.9 of the General Rules of the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of Plaintiff Andel Jewelry Corp. which are publicly held.

There are none.

DATE: October 19, 2004

_____
Marilyn Neiman (MN-6194)
Attorney for Plaintiff
Andel Jewelry Corp.

H:\AnnMarie\895 - Andel Jewelry\Litigation\rule 1.9 - andel v. alison gem et al.wpd