UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------
ANDEL JEWELRY CORP.,

                                  Plaintiff,        Case No.
                                                        04 Civ.8270
    -against-

                                                             AFFIDAVIT OF
ALISON GEM CORP., et al.,                          SERVICE

                                Defendants.
-------------------------------------------
STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio De Lara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On October 20, 2004 at 2:40 p.m. at 1156 Avenue of Amerias, New York, NY, I served the within SUMMONS, COMPLAINT & RULES FOR ELECTRONIC FILLING on ALISON GEM CORP., defendant therein named, by delivering a true copy to SIMON BERNFELD, CFO and designated agent.

The person served is a white male, gray hair, 55-65 years old, 5'6"-5'8", 160-170 pounds.

                                                             Julio De Lara
Sworn to before me this                Lic. # 991178
20th day of October 2004

NOTARY PUBLIC

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 60-4827421
Qualified in Westchester County
My Commission Expires May 31, 20 06

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277    Fax: 2 2-393-9796

LegalEase Inc.