USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
ANDEL JEWELRY CORP.,          :
                              :   04 Civ. 8270 (WHP)
            Plaintiff,        :
                              :   SCHEDULING ORDER No. 1
       -against-              :
                              :
ALISON GEM CORP. et al.,      :
                              :
            Defendant.        :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       All counsel in this civil action having appeared before the Court for a pretrial conference on January 21, 2005, the following pretrial and briefing schedule is established on consent of the parties:

       1.    All additional parties shall be joined by March 31, 2005;

       2.    All discovery will close on June 15, 2005, and all such discovery will be completed by that date;

       3.    Counsel will submit a joint pre-trial order in accord with this Court's Individual Practices by July 15, 2005; and

4. A final pretrial conference will be held on August 5, 2005 at 10:30 a.m.

Dated: January 24, 2005
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.