```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2005
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
ANDEL JEWELRY CORP.,                :
                                    :    04 Civ. 8270 (WHP)
            Plaintiff,              :
                                    :    SUSPENSE ORDER
        -against-                   :
                                    :
ALISON GEM CORP. et al.,            :
                                    :
            Defendants.             :
- - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

            Defendant Alison Gem Corporation ("AGC") having become

the subject of a petition in bankruptcy, thus staying further

prosecution of the action in this Court with respect to AGC

during the bankruptcy proceedings, it is hereby ORDERED that this

case be transferred to the Suspense Docket of this Court.

            The parties are directed to inform this Court by letter

of the status of AGC's bankruptcy proceedings by August 1, 2005,

or within 30 days of any disposition of the bankruptcy

proceeding, whichever is earlier.


Dated:  February 1, 2005
        New York, New York


                        SO ORDERED:


                        WILLIAM H. PAULEY III
                             U.S.D.J.