UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ANDEL JEWELRY CORP.,

              Plaintiff,

        -against-

ALISON GEM CORP. et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

04 Civ. 8270 (WHP)

<u>SUSPENSE ORDER</u>

WILLIAM H. PAULEY III, District Judge:

           The Court has received a letter from Marilyn Neiman, Esq., dated July 29, 2005, advising this Court of the status of the bankruptcy proceedings. The parties are directed to inform this Court by letter of the status of Alison Gem Corp.'s bankruptcy proceedings by February 15, 2006, or within 30 days of any disposition of the bankruptcy proceeding, whichever is earlier.

Dated: August 19, 2005
     New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.