```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
ANDEL JEWELRY CORP.,
                                              :    04 Civ. 8270 (WHP)
            Plaintiff,
                                              :    ORDER
    -against-
                                              :
ALISON GEM CORP. et al.,
                                              :
            Defendants.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       By letter dated February 15, 2006, counsel for Plaintiff advised this Court that bankruptcy proceedings remain ongoing, but nevertheless requested dismissal of this action without prejudice, with each party to bear its own costs. Plaintiff's application is granted, and the Clerk of the Court is directed to mark this case closed.

Dated: October 12, 2007
      New York, New York

                             SO ORDERED:

                             _____
                             WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of Record:*

Marilyn Neiman, Esq.
Levisohn, Berger & Langsam, LLP
805 Third Avenue, 19 Fl.
New York, NY 10022

Tracy Lee Klestadt, Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017